UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-07828-RGK (FFMx) | Date | October 16, 2015 |
|---|---|---|---|
| Title | Rosena Smith et al v. Vanowen Canoga Apartments, LLC et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed the Joint Ex Parte Application to Dismiss for Lack of Prosecution as to plaintiff Nicole Truehill, filed on October 13, 2015.

Plaintiff Nicole Truehill is hereby ORDERED TO SHOW CAUSE in writing, on or before October 23, 2015, why her action should not be dismissed for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

Counsel for plaintiffs Rosena Smith and William Truehill shall promptly serve this order on plaintiff Nicole Truehill, and file a proof of service.

**IT IS SO ORDERED.**

                                                                                                          :
                                                        Initials of Preparer    slw