JS-6

Frances M. Campbell (Cal. SBN 211563)
fcampbell@campbellfarahani.com
Nima Farahani (Cal. SBN 244492)
nfarahani@campbellfarahani.com
JoAnne E. Belisle (Cal. SBN 286419)
jbelisle@campbellfarahani.com
CAMPBELL & FARAHANI, LLP
15233 Ventura Boulevard, Suite 408
Sherman Oaks, California 91403
Telephone: (818) 999-4242
Facsimile: (818) 999-4246

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENA SMITH, WILLIAM TRUEHILL and NICOLE TRUEHILL,<br><br>    Plaintiffs,<br><br>v.<br><br>VANOWEN CANOGA APARTMENTS, LLC; MARK KAUFMAN PROPERTIES MANAGEMENT SERVICES, LLC; BEVERLY LANGE; and PRESTON GAMBLE,<br><br>    Defendants. | Case No.: 2:14-cv-7828-RGK (FFMx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT |

///
///
///
///
///
///
///

## ORDER

Pursuant to the stipulation of Plaintiffs Rosena Smith, William Truehill, and Defendants Vanowen Canoga Apartments, LLC, Mark Kaufman Properties Management Services, LLC, Beverly Lange, and Preston Gamble, filed on November 6, 2015, the Court hereby dismisses the above-entitled action with prejudice, and retains jurisdiction to enforce the settlement agreement among the parties.

IT IS SO ORDERED.

DATED: November 6, 2015   _____
UNITED STATES DISTRICT COURT JUDGE